## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **EVELYN CAMPBELL,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *     1:14-CV-313 |
| | * |
| | * |
| **JR LUCOR, D/B/A NATIONAL** | * |
| **CHECK ENFORCEMENT SERVICES** | * |
| | * |
| Defendant. | * |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff in this action and, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby stipulates to the dismissal, WITHOUT prejudice, of all claims asserted herein.

/s/*Kenneth J. Riemer*
KENNETH J. RIEMER (RIEMK8712)
Underwood & Riemer, P.C.
Attorney for Plaintiff
Post Office Box 1206
Mobile, Alabama 36633
Telephone: (251) 432-9212
E-mail: kriemer@alaconsumerlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF Filing system, which will send electronic notification of such filing to all counsel of record.

/s/*Kenneth J. Riemer*
KENNETH J. RIEMER